FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 8 2004

JAMES W. McCORMACK, CLERK
By: /s/ _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 4:04 CR00277 |
| | ) 18 U.S.C. § 3146(a)(1) |
| MARY KATHERINE EDELMANN | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 10, 2004 in the Eastern District of Arkansas,

MARY KATHERINE EDELMANN

knowingly failed to surrender to the United States Marshals Service as agreed to by the defendant and the government and so ordered by United States Magistrate Judge J. Thomas Ray on or about October 19, 2004 in relation to her detention pending sentencing in case number 4:02CR00128 GH and case number 4:04CR00228 WRW, thereby violating Title 18, United States Code, section 3146(a)(1).

A TRUE BILL

H. E. (BUD CUMMINS)
United States Attorney

/s/ Anne E. Gardner
UNITED STATES ATTORNEY/ASSISTANT
ANNE E. GARDNER
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600

1