FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 06 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    4:04 CR00277 JLH |
| v. | ) | |
| | ) | 18 U.S.C. § 3146(a)(1) |
| MARY KATHERINE EDELMANN | ) | |
| | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 10, 2004 in the Eastern District of Arkansas,

MARY KATHERINE EDELMANN

knowingly failed to surrender to the United States Marshals Service per an agreement between MARY KATHERINE EDELMANN and the government made and accepted on the record before the United States Magistrate Judge J. Thomas Ray on or about October 19, 2004 and by virtue of a Plea Agreement between MARY KATHERINE EDELMANN and the United States accepted and filed with the court on or about November 9, 2004, and as so ordered by United States District Judge William R. Wilson on or about November 9, 2004, and as so ordered by United States District Judge George Howard, Jr. on November 10, 2004 in relation to her detention pending sentencing in case number 4:02CR00128 GH and case number 4:04CR00228 WRW, thereby violating Title 18, United States Code, section 3146(a)(1).

[END OF TEXT. SIGNATURE PAGE TO FOLLOW]